FILED

08/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0388

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| ROCK CREEK CATTLE COMPANY, Ltd. LP, <br><br>        Plaintiff/Appellant, <br><br> vs. <br><br> POWELL COUNTY, <br><br>        Defendant/Appellee. | Case No.:  DA 22-0388 <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION** |

Appellant Rock Creek Cattle Company, Ltd. LP, having filed an *Unopposed Motion for Extension* within which to file Appellant's Opening Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED.  Appellant's Opening Brief is due September 28, 2022.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 26 2022